UNITED STATES of America,
Plaintiff–Appellee,

v.

Anthony CASTILLO, a.k.a. Hungry
Hippo, Defendant–Appellant.

No. 07–10685
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 9, 2007.

Kimberly Nolen Hopkins, Tampa, FL,
for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, CARNES and
BARKETT, Circuit Judges.

PER CURIAM:

Kimberly Hopkins, appointed counsel for Anthony Castillo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Castillo's conviction and sentence are **AFFIRMED.**